# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| Kenneth Westbrook II, Christina Westbrook, Debtors. | Case No.: 4:25-01311-BMW  **ORDER ON SECOND MOTION TO EXTEND TIME TO COMPLY WITH TRUSTEE'S OBJECTION/EVALUATION** |

Having received Debtors' Kenneth and Christina Westbrook's Motion to Extend Time to Comply with Trustee's Objection/Evaluation, and good cause appearing,

IT IS HEREBY ORDERED granting Debtors' motion and extending the deadline to fully comply with the Trustee's Objection/Evaluation to November 7, 2025.

SIGNED AND DATED ABOVE.